IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TIMOTHY RICHARDSON,
        Petitioner,
   v.                                  **Judgment in a Civil Case**
GERALD BRANKER,
        Respondent.                 Case Number: 5:08-HC-2163-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration on the remand of the United States Court of Appeals for the Fourth Circuit.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on March 28, 2012, with service on:
Kenneth Rose and Stanley Hammer DelForge (via CM/ECF Notice of Electronic Filing)
Jonathan Babb (via CM/ECF Notice of Electronic Filing)


March 28, 2012                                        /s/ Julie A. Richards
                                                              Clerk

Raleigh, North Carolina